Motion for assignment of counsel granted and Bruce E. Knoll, Esq., PO Box 2072, Empire State Plaza Station, Albany, New York 12220 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ISIDRO RODRIGUEZ, Appellant.

Submitted August 23, 2010; decided August 26, 2010

Motion for assignment of counsel granted and Richard M. Greenberg, Esq., Office of the Appellate Defender, 11 Park Place, Suite 1601, New York, NY 10007 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KENNETH STEPTER, Appellant.

Submitted July 12, 2010; decided August 26, 2010

Motion for an order pursuant to CPLR 1012 (b) (2) permitting movant City of New York to file a brief and participate in the appeal granted in each respect.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRUCE SWEEPER, Appellant.

Submitted July 12, 2010; decided August 26, 2010

Motion for assignment of counsel granted and Robert S. Dean, Esq., Center for Appellate Litigation, 74 Trinity Place, 11th Floor, New York, NY 10006 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANIEL THOMAS, Appellant.

Submitted July 19, 2010; decided August 26, 2010